**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| RONALD D. WEAVER, | : No. 401 WAL 2017 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA | : |
| DEPARTMENT OF CORRECTIONS | : |
| EMPLOYEES: SUSAN SHOFF, OFFICER | : |
| EVANISKO, EUGENE SANTORELLA, | : |
| TREVOR WINGARD, AND DORINA | : |
| VARNER, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

      **AND NOW**, this 14th day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.